UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 09-127 |
| v. | : | Hon. Dickinson R. Debevoise |
| CLAUDIO LABOUR | : | UNSEALING ORDER |

This matter having come before the Court on the application of the United States of America (Anthony J. Mahajan, Assistant U.S. Attorney, appearing) for an order that the Indictment returned in the above-captioned matter be unsealed; and the Indictment having become unsealed by virtue of the arrest of the defendant; and for good cause shown,

IT IS ON this 20th day of April, 2009,

ORDERED that the Indictment filed in the above-captioned matter is unsealed.

HON. DICKINSON R. DEBEVOISE
UNITED STATES DISTRICT JUDGE