2008R01311

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 09 Cr. 127 (DRD) |
| v. | : | ORDER FOR DISMISSAL |
| CLAUDIO LABOUR | : | |

Under Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of New Jersey hereby dismisses Indictment No. 09 Cr. 127, which was filed on February 25, 2009, charging a violation of Title 21, United States Code, Section 963.

*Paul J. Fishman*
Paul J. Fishman
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

HON. DICKINSON R. DEBEVOISE
United States District Judge

Date: Nov. 4, 2009